ACCEPTED
12-15-00056-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
8/7/2015 10:26:59 AM
CATHY LUSK
CLERK

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

8/7/2015 10:26:59 AM

CATHY S. LUSK
Clerk

August 07, 2015

Twelfth Court of Appeals
1517 W Front St Ste 354
Tyler TX 75702-7854

**Re: Jose Albert Aguilar**
   **12-15-00056-CR**

To The Honorable Clerk of the Court:

Please find enclosed a copy of the letter sent to my client regarding his right to file a PDR along with a copy of the certified return receipt showing the mailing of the same.

Sincerely,


/s/Austin Reeve Jackson

**U.S. Postal Service** ™
**CERTIFIED MAIL** ™ **RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

7012 3460 0000 0900 7724

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

AZALEA STA - TYLER TX
AUG 06 2015
USPS - TX

Sent To _Jose Aguilar #01980725 Coxec_

Street, Apt. No.; or PO Box No. _7405 Hwy 75 South_

City, State, ZIP+4 _Huntsville, Tx 77320_

PS Form 3800, August 2006                    See Reverse for Instructions

August 06, 2015

Jose Albert Aguilar
Inmate 01986725
Goree Unit
7405 Highway 75 South
Huntsville, TX 77344

**Re: Opinion**

Mr. Aguilar:

Please find enclosed a copy of opinion issued by the Court of Appeals in your case. The Court has affirmed your conviction.

Should you desire to do so, you do have the right to file a *pro se* Petition for Discretionary Review in the Court of Criminal Appeals. If you decide to pursue that option you must file your petition prior to the expiration of thirty days from the date of the court's opinion.

I would be happy to address any questions or concerns you have if you will simply let me know.

Sincerely,


Austin Reeve Jackson